| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for PNC Bank, National Association | Order Filed on May 15, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Harry Knowles & Ann Knowles,<br><br>    DEBTORS. | Case No.:   18-14094<br>Chapter 13<br>Judge:   Michael B. Kaplan |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 15, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2
Debtors:       Harry Knowles & Ann Knowles
Case No.:      18-14094-MBK
Caption:       **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, holder of a mortgage on real property known as 15 Marlborough Drive, Southampton, NJ 08088, with the consent of Andrew Thomas Archer, Esq., counsel for the Debtors, Harry Knowles and Ann Knowles,

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim number 13 shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtors reserve their right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:

Dated: 5/11/18

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:

Dated: 5/11/18

*/s/ Andrew Archer*
ANDREW ARCHER, ESQ., ATTORNEY FOR DEBTORS