|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for PNC Bank, National Association

Order Filed on May 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Harry Knowles & Ann Knowles,

    DEBTORS.

Case No.:    18-14094
Chapter 13
Judge:    Michael B. Kaplan

# CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 15, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2
Debtors:      Harry Knowles & Ann Knowles
Case No.:     18-14094-MBK
Caption:      **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

  This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, holder of a mortgage on real property known as 15 Marlborough Drive, Southampton, NJ 08088, with the consent of Andrew Thomas Archer, Esq., counsel for the Debtors, Harry Knowles and Ann Knowles,

  It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim number 13 shall be deemed allowed; and

  It is further **ORDERED, ADJUDGED** and **DECREED** that Debtors reserve their right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:

Dated: 5/11/18

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:

Dated: 5/11/18

*/s/ Andrew Archer*
ANDREW ARCHER, ESQ., ATTORNEY FOR DEBTORS

United States Bankruptcy Court
District of New Jersey

In re:
Harry Knowles
Ann Knowles
    Debtors

Case No. 18-14094-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 16, 2018
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
db/jdb         +Harry Knowles,    Ann Knowles,    15 Marlborough Drive,    Vincentown, NJ 08088-1119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
          Albert   Russo     docs@russotrustee.com
          Andrew Thomas Archer     on behalf of Joint Debtor Ann   Knowles aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Andrew Thomas Archer     on behalf of Debtor Harry   Knowles aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Charles G. Wohlrab     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER cwohlrab@logs.com, njbankruptcynotifications@logs.com
          Denise E. Carlon     on behalf of Creditor    PNC BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rebecca Ann Solarz     on behalf of Creditor    PNC BANK, N.A. rsolarz@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                         TOTAL: 7