Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−14094−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Harry Knowles
15 Marlborough Drive
Vincentown, NJ 08088

Ann Knowles
15 Marlborough Drive
Vincentown, NJ 08088

Social Security No.:
xxx−xx−5272

xxx−xx−2855

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 11, 2018.

On 02/23/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           April 6, 2021
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 24, 2021
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 18-14094-MBK

Harry Knowles    Chapter 13

Ann Knowles

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Feb 24, 2021      Form ID: 185      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harry Knowles, Ann Knowles, 15 Marlborough Drive, Vincentown, NJ 08088-1119 |
| 517404490 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517364060 | + | American Express legal, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 517364061 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517364063 | + | At&T Universal Citi Card, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 517364064 | + | Bank of America, 100 North Tryon Street, Charlotte, NC 28202-4024 |
| 517523556 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517364066 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517364068 | + | Beneficial Mutual Savings, Beneficial Mutual Savings, 530 Walnut St., Attn: Bankruptcy, Philadelphia, PA 19106-3624 |
| 517364072 | + | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 517364073 | + | Citimortgage, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 517514846 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619094, Dallas, Texas 75261-9094 |
| 517364079 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517364080 | + | The Villas at Tree Tops and Fairway, PO Box 163, Bushkill, PA 18324-0163 |
| 517364081 | | Vistana Fountains II Condominium Assoc., PO Box 105110, Atlanta, GA 30348-5110 |
| 517364082 | + | Vistana Management, Inc., 9002 San Marco Court, Orlando, FL 32819-8600 |
| 517364083 | + | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517466150 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 24 2021 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 24 2021 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517364063 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 21:54:32 | At&T Universal Citi Card, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 517519740 | | Email/Text: bankruptcy@wsfsbank.com | Feb 24 2021 20:45:00 | Beneficial Bank, 1818 Market St 8th Fl, Philadelphia, PA 19103 |
| 517364069 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 21:55:30 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517364072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 21:55:43 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 517364074 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2021 20:46:00 | Comenity Bank/Bealls Florida, Po Box 182125, Columbus, OH 43218-2125 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2021 | Form ID: 185 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517364075 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2021 20:46:00 | Comenity Bank/Woman Within, Po Box 182125, Columbus, OH 43218-2125 |
| 517364076 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2021 20:46:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517489198 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 24 2021 21:53:13 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517377084 | | Email/Text: mrdiscen@discover.com | Feb 24 2021 20:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517364077 | + | Email/Text: mrdiscen@discover.com | Feb 24 2021 20:46:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517364070 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 21:53:01 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517364071 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 21:54:19 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517514858 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 21:53:10 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517491731 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2021 20:47:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517525484 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 20:46:00 | PNC Bank, N.A., Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 517364078 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2021 20:46:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 517459978 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 21:53:07 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517364062 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517364065 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517364067 | ##+ | Beneficial Bank, 1139 Chestnut Street, Philadelphia, PA 19107-3619 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021    Signature:    /s/Joseph Speetjens

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Feb 24, 2021 Form ID: 185 Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Ann Knowles aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor Harry Knowles aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK N.A. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8