UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 18-14094 MBK |
| Harry & Ann Knowles | Chapter: | 13 |
| Debtor | Judge: | MBK |

### NOTICE OF PROPOSED PRIVATE SALE

_____Ann Knowles_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  402 East State Street
                      Trenton, New Jersey 08650

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____November 23, 2021_____ at 9:00 am a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  15 Marlborough Drive, Southampton, New Jersey 08088

Proposed Purchaser:  ARCR Properties LLC

Sale price:  $165,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Name of Professional:

Amount to be paid:
Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Andrew T. Archer, Esq.

Address: 175 Richey Avenue, Collingswood, NJ  08107

Telephone No.: (856) 963-5000

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Harry Knowles  
Ann Knowles  
    Debtors

Case No. 18-14094-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Oct 26, 2021     Form ID: pdf905     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harry Knowles, Ann Knowles, 15 Marlborough Drive, Vincentown, NJ 08088-1119 |
| 517404490 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517364060 | + | American Express legal, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 517364061 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517364065 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517364064 | + | Bank of America, 100 North Tryon Street, Charlotte, NC 28202-4024 |
| 517523556 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517364066 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517364068 | + | Beneficial Mutual Savings, Beneficial Mutual Savings, 530 Walnut St., Attn: Bankruptcy, Philadelphia, PA 19106-3624 |
| 517364073 | + | Citimortgage, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 517514846 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619094, Dallas, Texas 75261-9094 |
| 517364079 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517364080 | + | The Villas at Tree Tops and Fairway, PO Box 163, Bushkill, PA 18324-0163 |
| 517364081 | | Vistana Fountains II Condominium Assoc., PO Box 105110, Atlanta, GA 30348-5110 |
| 517364082 | + | Vistana Management, Inc., 9002 San Marco Court, Orlando, FL 32819-8600 |
| 517364083 | + | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517466150 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 26 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 26 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517364063 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2021 20:39:51 | At&T Universal Citi Card, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 517519740 | | Email/Text: bankruptcy@wsfsbank.com | Oct 26 2021 20:29:00 | Beneficial Bank, 1818 Market St 8th Fl, Philadelphia, PA 19103 |
| 517364069 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 26 2021 20:39:32 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517364072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2021 20:39:51 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 517364074 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2021 20:29:00 | Comenity Bank/Bealls Florida, Po Box 182125, Columbus, OH 43218-2125 |
| 517364075 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 26 2021 20:29:00 | Comenity Bank/Woman Within, Po Box 182125, Columbus, OH 43218-2125 |
| 517364076 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2021 20:29:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517489198 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 26 2021 20:39:44 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517377084 | | Email/Text: mrdiscen@discover.com | Oct 26 2021 20:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517364077 | + | Email/Text: mrdiscen@discover.com | Oct 26 2021 20:29:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517364070 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 26 2021 20:39:32 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517364071 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 26 2021 20:39:40 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517514858 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2021 20:39:44 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517491731 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2021 20:30:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517525484 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2021 20:29:00 | PNC Bank, N.A., Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 517364078 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2021 20:29:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 517459978 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2021 20:39:35 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517364062 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517364067 | ##+ | Beneficial Bank, 1139 Chestnut Street, Philadelphia, PA 19107-3619 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2021           Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-3     User: admin     Page 3 of 3
Date Rcvd: Oct 26, 2021     Form ID: pdf905     Total Noticed: 36

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Ann Knowles aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor Harry Knowles aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK N.A. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8