Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–14094–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Harry Knowles | Ann Knowles |
| 15 Marlborough Drive | 15 Marlborough Drive |
| Vincentown, NJ 08088 | Vincentown, NJ 08088 |

Social Security No.:
  xxx–xx–5272                                                    xxx–xx–2855

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

15 Marlborough Drive, Southampton, New Jersey


Dated: November 17, 2021
JAN: mjb

                                                                Jeanne Naughton
                                                                Clerk