Andrew T. Archer, Esquire
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on November 10, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |
|---|---|
| In Re: | : Bankruptcy Division<br>: United States Bankruptcy Court<br>: District of New Jersey<br>:<br>: Bankruptcy No.: 18-14094 MBK<br>:<br>: Chapter 13 |
| Harry & Ann Knowles | :       : |
| Debtors | : Hearing Date: November 9, 2022 |

### ORDER FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE & CERTIFICATION IN SUPPORT OF DISCHARGE

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: November 10, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor(s): | Harry & Ann Knowles |
| Case No. | 18-14094 MBK |
| Caption of Order: | Order for Exemption from Financial Management Course & Certification in Support of Discharge |

This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the Debtor on Motion for Exemption from Financial Management Course, and the Court after hearing arguments of counsel; and for good cause having been shown,

IT IS HEREBY **ORDERED** that the Debtor, Harry Knowles is exempt from participating in a Financial Management Course and filing the Certification of Completion of Instructional Course Concerning Financial Management and Certification in Support of Discharge.