Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−14094−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Harry Knowles | Ann Knowles |
| Winter Quarters at Manatee | Winter Quarters at Manatee |
| 800 Kay Road | 800 Kay Road |
| Lot 1082 | Lot 1082 |
| Bradenton, FL 34212 | Bradenton, FL 34212 |

Social Security No.:
  xxx−xx−5272                                   xxx−xx−2855

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 10, 2022</u>                 <u>Michael B. Kaplan</u>
                                                Judge, United States Bankruptcy Court