| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Harry Knowles<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5272<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Ann Knowles<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2855<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–14094–MBK | | |

## Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Harry Knowles                                        Ann Knowles

11/10/22                                              **By the court:** <u>Michael B. Kaplan</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-14094-MBK
Harry Knowles  Chapter 13
Ann Knowles
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Nov 10, 2022 | Form ID: 3180W | Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harry Knowles, Ann Knowles, Winter Quarters at Manatee, 800 Kay Road, Lot 1082 Bradenton, FL 34212-9422 |
| 517364060 | + | American Express legal, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 517364068 | + | Beneficial Mutual Savings, Beneficial Mutual Savings, 530 Walnut St., Attn: Bankruptcy, Philadelphia, PA 19106-3624 |
| 517364073 | + | Citimortgage, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 517364080 | + | The Villas at Tree Tops and Fairway, PO Box 163, Bushkill, PA 18324-0163 |
| 517364081 | | Vistana Fountains II Condominium Assoc., PO Box 105110, Atlanta, GA 30348-5110 |
| 517364082 | + | Vistana Management, Inc., 9002 San Marco Court, Orlando, FL 32819-8600 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2022 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2022 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517404490 | | Email/PDF: bncnotices@becket-lee.com | Nov 10 2022 21:01:44 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517364061 | + | Email/PDF: bncnotices@becket-lee.com | Nov 10 2022 21:01:37 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517364063 | + | EDI: CITICORP.COM | Nov 11 2022 01:53:00 | At&T Universal Citi Card, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 517519740 | | Email/Text: bankruptcy@wsfsbank.com | Nov 10 2022 21:04:00 | Beneficial Bank, 1818 Market St 8th Fl, Philadelphia, PA 19103 |
| 517364065 | + | EDI: BANKAMER.COM | Nov 11 2022 01:53:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517364064 | + | EDI: BANKAMER2.COM | Nov 11 2022 01:53:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28202-4031 |
| 517523556 | + | EDI: BANKAMER2.COM | Nov 11 2022 01:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517364066 | + | EDI: TSYS2 | Nov 11 2022 01:53:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517364069 | + | EDI: CAPITALONE.COM | Nov 11 2022 01:53:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517364072 | + | EDI: CITICORP.COM | Nov 11 2022 01:53:00 | Citibank/Sunoco, Citicorp Credit Card/Centralized |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 517364074 | + | EDI: WFNNB.COM | Nov 11 2022 01:53:00 | Comenity Bank/Bealls Florida, Po Box 182125, Columbus, OH 43218-2125 |
| 517364075 | + | EDI: WFNNB.COM | Nov 11 2022 01:53:00 | Comenity Bank/Woman Within, Po Box 182125, Columbus, OH 43218-2125 |
| 517364076 | + | EDI: WFNNB.COM | Nov 11 2022 01:53:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517489198 | + | EDI: AIS.COM | Nov 11 2022 01:53:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517377084 | | EDI: DISCOVER.COM | Nov 11 2022 01:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517364077 | + | EDI: DISCOVER.COM | Nov 11 2022 01:53:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517364070 | | EDI: JPMORGANCHASE | Nov 11 2022 01:53:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517364071 | | EDI: JPMORGANCHASE | Nov 11 2022 01:53:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517514858 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2022 21:02:19 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517491731 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2022 21:06:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517514846 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 10 2022 21:05:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619094, Dallas, Texas 75261-9094 |
| 517525484 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2022 21:05:00 | PNC Bank, N.A., Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 517364078 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2022 21:05:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 517459978 | | EDI: PRA.COM | Nov 11 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 517364079 | + | EDI: WTRRNBANK.COM | Nov 11 2022 01:53:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517364083 | + | EDI: WFFC2 | Nov 11 2022 01:53:00 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517466150 | | EDI: WFFC2 | Nov 11 2022 01:53:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517364062 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517364067 | ##+ | Beneficial Bank, 1139 Chestnut Street, Philadelphia, PA 19107-3619 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 10, 2022 | Form ID: 3180W | Total Noticed: 36 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2022                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Ann Knowles aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor Harry Knowles aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7