Andrew T. Archer, Esquire
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

_____

**Order Filed on November 10, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

: Bankruptcy Division
: United States Bankruptcy Court
: District of New Jersey
:
In Re:                                             :
: Bankruptcy No.:  18-14094 MBK
:
: Chapter 13
Harry & Ann Knowles                 :      :
:
      Debtors                                   : Hearing Date: November 9, 2022
:
_____ :

## ORDER FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE & CERTIFICATION IN SUPPORT OF DISCHARGE

   The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: November 10, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor(s): | Harry & Ann Knowles |
| Case No. | 18-14094 MBK |
| Caption of Order: | Order for Exemption from Financial Management Course & Certification in Support of Discharge |

This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the Debtor on Motion for Exemption from Financial Management Course, and the Court after hearing arguments of counsel; and for good cause having been shown,

IT IS HEREBY **ORDERED** that the Debtor, Harry Knowles is exempt from participating in a Financial Management Course and filing the Certification of Completion of Instructional Course Concerning Financial Management and Certification in Support of Discharge.

United States Bankruptcy Court

District of New Jersey

In re:  
Harry Knowles  
Ann Knowles  
    Debtors

Case No. 18-14094-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 10, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Harry Knowles, Ann Knowles, Winter Quarters at Manatee, 800 Kay Road, Lot 1082 Bradenton, FL 34212-9422 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Ann Knowles aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor Harry Knowles aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 10, 2022 | Form ID: pdf903 | Total Noticed: 1

Elizabeth L. Wassall
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7